151 So. 923

## Grady ADAMS v. STATE.
### 5 Div. 914.

Court of Appeals of Alabama.
Nov. 28, 1933.

BRICKEN, Presiding Judge.
Affirmed.

159 So. 912

## Zula ADCOCK v. STATE.
### 8 Div. 21.

Court of Appeals of Alabama.
Feb. 19, 1935.

BRICKEN, Presiding Judge.
Affirmed.

163 So. 904

## Jack ADKINS v. STATE.
### 8 Div. 210.

Court of Appeals of Alabama.
Nov. 5, 1935.

SAMFORD, Judge.
Affirmed.

151 So. 923

## ALABAMA LUMBER & BUILDING MATE-RIAL ASSOCIATION et al. v. Brady MASON, pro ami.
### 6 Div. 391.

Court of Appeals of Alabama.
Dec. 1, 1933.

C. J. Griffith and David J. Davis, both of Birmingham, for appellants.

W. A. Denson, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

157 So. 914

## Edgar ALBRITTON v. STATE.
### 4 Div. 58.

Court of Appeals of Alabama.
Nov. 13, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

154 So. 920

## Fred ALDRIDGE v. STATE.
### 6 Div. 555.

Court of Appeals of Alabama.
May 8, 1934.

SAMFORD, Judge.
Appeal dismissed.

153 So. 919

## John H. ALEXANDER v. STATE.
### I Div. 137.

Court of Appeals of Alabama.
April 10, 1934.

RICE, Judge.
Affirmed.